**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Middlesex Insurance Co<br><br>Plaintiff(s)<br>v.<br><br>SLS Freight, LLC, et al.<br><br>Defendant(s). | CASE NUMBER<br>CV 21-3106-DMG (ADSx)<br><br>**ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of *Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice* filed by**

Taft, Clare                                                of   Benesch Friedlander Coplan & Aronoff, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     200 Public Square, Suite 2300

216.363.4500            216.363.4588                         Cleveland, OH 44114
*Telephone Number*       *Fax Number*
ctaft@beneschlaw.com
          *E-Mail Address*                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendant SLS Freight, LLC

*Name(s) of Party(ies) Represented*            ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Booth, Hillary A.                                          of   Booth LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      11835 W. Olympic Blvd., SUite 600E
                                                                Los Angeles, CA 90064
125936       301-641-1800       301-641-1818
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
hbooth@boothllp.com
          *E-Mail Address*                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**   April 23, 2021

                                                    /s/ Dolly M. Gee
                                                    Dolly M. Gee, U.S. District Judge